**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 22nd day of July, 2019.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:
   Junior Sylvester Ricketts
      SSN: XXX-XX-8399
   Mary Theresa Ricketts
      SSN: XXX-XX-5802
         Debtors                    Case No: 19-20418-13

**CHAPTER 13 TRUSTEE'S ORDER OF DISMISSAL**

   **NOW,** on July 16, 2019 at Kansas City, KS comes before the Court the above captioned matter. After reviewing the file, and being duly advised, the Court finds the above captioned case should be dismissed for the following reason(s):

   The Debtors failed to file 2014 and 2015 Federal and State tax returns.

   IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED the above captioned matter is dismissed WITHOUT prejudice.

                          Date: July 16, 2019

                                 ###

Prepared by:

<u>s/W.H. Griffin, Chapter 13 Trustee</u>
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com